NUMBER 13-03-723-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

ROY DEAN EVANS,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_______________________________________________________

On appeal from the 130th District Court 
of Matagorda County, Texas.
_______________________________________________________ 
MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, ROY DEAN EVANS, attempted to perfect an appeal from a judgment
entered by the 130th District Court of Matagorda County, Texas. Sentence in this
cause was imposed on September 2, 2003. An untimely motion for new trial was
filed on October 3, 2003. The notice of appeal was due to be filed on October 2,
2003, but was not filed until November 26, 2003. Said notice of appeal is untimely
filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant filed an untimely motion
to extend time to file motion for new trial and notice of appeal on December 15, 2003. 

         The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant’s untimely motion to extend time to file notice of
appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. 
Appellant’s untimely motion to extend time to file motion for new trial and notice of
appeal is DISMISSED. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
 
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 15th day of January, 2004.